# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| BARRY SCHMITTOU, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 3:05-cv-0013 |
| | ) Judge Aleta A. Trauger |
| METROPOLITAN LIFE INSURANCE | ) Magistrate Judge Bryant |
| CORPORATION, TMG SOLUTIONS, INC., | ) |
| Defendants. | ) |

## ORDER

For the reasons stated in the accompanying Memorandum, the Magistrate Judge's March 1, 2013 Report and Recommendation (Docket No. 216) is **ACCEPTED IN PART and REJECTED IN PART**, the plaintiff's Objection to the R&R (Docket No. 219) is **SUSTAINED IN PART and OVERRULED IN PART**, the defendants' Motion for Judgment on the Administrative Record (Docket No. 195) is **DENIED**, and the plaintiff's Motion for Judgment on the Administrative Record and Second Request for Special Prosecutor (Docket No. 198) is **GRANTED IN PART and DENIED IN PART**.

The plaintiff's request for appointment of a special prosecutor is **DENIED**. Plaintiffs' claims for long-term disability benefits pursuant to the Physical Claim and the Mental Claim are hereby **REMANDED** to MetLife for further administrative proceedings consistent with the accompanying Memorandum.

The clerk is directed to administratively close this file, subject to reopening, if the plaintiff is denied long-term disability and seeks redress in the court once again.

It is so **ORDERED**.

1

Enter this 29th day of March 2013.

_____
ALETA A. TRAUGER
United States District Judge